No. 25-3971

IN THE
United States Court of Appeals for the Ninth Circuit

JOHNNY C. RUTHERFORD, JR., et al.,
on behalf of herself and all others similarly situated,

*Plaintiffs-Respondents*,

v.

HEALTH CARE SERVICE CORPORATION, et al.,

*Defendant-Petitioner*.

# MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF RULE 23(f) PETITION FOR PERMISSION TO APPEAL

United States District Court for the District of Montana
Case No. 6:24-CV-00081 (Hon. Brian Morris),
Order Granting Class Certification

Kasey J. Curtis
REED SMITH LLP
515 S Flower,
Suite 4300
Los Angeles, CA 90071
(213) 457-8000

Martin J. Bishop
REED SMITH LLP
10 South Wacker Dr.,
40th Floor
Chicago, IL 60606
(312) 207-1000

Daniel J. Auerbach
BROWNING, KALECZYC,
BERRY & HOVEN P.C.
201 W. Railroad St.,
Suite 300
Missoula, MT 59802
(406) 728-1694

*Attorneys for Petitioner*

## MOTION FOR PERMISSION TO FILE REPLY

Defendant Health and Petitioner Care Service Corporation, a Mutual Legal Reserve Company, doing business as Blue Cross Blue Shield of Montana ("BCBSMT"), respectfully requests leave to file the attached Reply in Support of Rule 23(f) Petition for Permission to Appeal from Order Granting Class Certification.

The Court's rules do not expressly permit or prohibit the filing of a reply in support of a petition for permission to appeal. However, this Court's practice has been to permit the filing of such reply briefs. *E.g.*, *Duarte v. JPMorgan Chase Bank, N.A.*, Case No. 14-80057, Dkt. 10 (granting permission to file reply in support of Rule 23(f) petition); *Bernad v. CitiMortgage Inc.*, Case No. 13-80214, Dkt. 6 (same); *Anderson v. Michaels Stores, Inc.*, Case No. 14-80139, Dkt. 4 (granting permission to file reply in support of 28 U.S.C. § 1292(b) petition); *Environmental World Watch, Inc. v. Walt Disney Co.*, Case No. 14-80055, Dkt. 11 (same); *CFPB v. Gasparyan*, Case No. 17-80051, Dkt. 7 (same).

Here, BCBSMT believes that its short, 2,575-word reply brief will assist the Court in its decisional process by crystallizing why review is warranted under the *Chamberlan* criteria. The reply brief also responds to Plaintiffs' argument that any error in the Certification Order is harmless because the class was also certified under Rule 23(b)(1).

DATE: July 29, 2025

Respectfully submitted,

*/s/ Kasey J. Curtis*

Kasey J. Curtis
REED SMITH LLP
515 S Flower
Suite 4300
Los Angeles, CA 90071
(213) 457-8000

Martin J. Bishop
REED SMITH LLP
10 South Wacker Dr.
40th Floor
Chicago, IL 60606
(312) 207-1000

Daniel J. Auerbach
BROWNING, KALECZYC,
BERRY & HOVEN P.C.
201 W. Railroad St.,
Suite 300
Missoula, MT 59802
(406) 728-1694

*Attorneys for Petitioner*